# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CONTRELL HENDERSON**                                                              **PLAINTIFF**

v.                      **CASE NO. 4:19-CV-00441 BSM**

**TOYA PARKER, et al.**                                                            **DEFENDANTS**

## <u>ORDER</u>

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 6] is adopted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October 2019.

                                                                                   _/s/ Brian S. Miller_
                                                                  UNITED STATES DISTRICT JUDGE