IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CONTRELL HENDERSON**                                                    **PLAINTIFF**

v.                     **CASE NO. 4:19-CV-00441 BSM**

**TOYA PARKER, et al.**                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October 2019.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE